IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BUCK ANDREWS JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-07-211-M |
| ) | |
| MICHAEL OFSACK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 29, 2009, United States Magistrate Judge Doyle Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging the violation of certain constitutional rights during plaintiff's incarceration at the Oklahoma County Detention Center ("OCDC"). The Magistrate Judge recommends the Court dismiss without prejudice plaintiff's claims against defendant Michael Ofsack and "John Doe-Officers, defendants 3, 4, 5, and 6" pursuant to Federal Rule of Civil Procedure 4(m) based upon plaintiff's failure to timely serve them. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 29, 2009; and

(2) DISMISSES the action against defendant Michael Ofsack and "John Doe-Officers, defendants 3, 4, 5, and 6" pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED this 29th day of May, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE